Todd M. Friedman (SBN 216752)
Suren N. Weerasuriya (SBN 278521)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, California 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
abacon@attorneysforconsumers.com

Attorneys for Plaintiff
JOHN MOGANNAM

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California  90067
Telephone:   (310) 557-0050 Facsimile:     (310) 557-0056
Email: jberry@lgbfirm.com Email: klaquay@lgbfirm.com

Attorneys for Defendant NEXT WAVE ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOGANNAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     v.<br><br>NEXT WAVE ENTERPRISES, LLC<br><br>                    Defendant. | Case No. 2:15-cv-00769-JAM-DAD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT NEXT WAVE ENTERPRISES, LLC TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court having reviewed the Second Stipulation to Extend Time for Defendant Next Wave Enterprises, LLC to respond to First Amended Complaint and finding good cause therefor, the Court hereby APPROVES the Stipulation and

LANDAU GOTTFRIED & BERGER LLP

ORDERS that the time for defendant Next Wave Enterprises, LLC to respond to the First Amended Complaint in this action (whether by answer, motion, or otherwise) is extended from October 6, 2015, to and including October 21, 2015.

IT IS SO ORDERED.

Dated: October 5, 2015            /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**