Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, California 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff
JOHN MOGANNAM

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California  90067
Telephone:   (310) 557-0050
Facsimile:   (310) 557-0056
Email: jberry@lgbfirm.com
Email: klaquay@lgbfirm.com

Attorneys for Defendant
NEXT WAVE ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOGANNAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>NEXT WAVE ENTERPRISES, LLC<br><br>              Defendant. | Case No. 2:15-cv-00769-JAM-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**[Fed. R. Civ. Proc. 41]**<br><br>Action filed:  April 9, 2015<br>Trial date:    None set |

Plaintiff John Mogannam ("Plaintiff") and Defendant Next Wave Enterprises, LLC, ("Next Wave") (collectively the "Parties"), BEING ALL PARTIES TO THIS ACTION, by and through their respective counsel, hereby STIPULATE to the following:

1. All Parties in the Action hereby stipulate to the dismissal of the Action in its entirety with prejudice. The dismissal of putative class members shall be deemed to be without prejudice.
2. Each of the Parties shall bear his or its own respective attorneys' fees and costs, and no Party is a prevailing party.

THEREFORE, the Parties, through their respective counsel, request that the Court dismiss this Action in its entirety.

DATED: October 10, 2016          Respectfully submitted,

                                 LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                 By: /s/ *Todd M. Friedman* as authorized on 10/10/2016
                                     Todd M. Friedman
                                     Attorneys for Plaintiff
                                     JOHN MOGANNAM

DATED: October 10, 2016          LANDAU GOTTFRIED & BERGER LLP
                                 James H. Berry, Jr.
                                 Kate LaQuay

                                 By: /s/ *James H. Berry, Jr.*
                                     James H. Berry, Jr.
                                     Attorneys for Defendant
                                     NEXT WAVE ENTERPRISES, LLC

Signature Certification

Pursuant to Local Rule 131(e), I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiff, and that I have obtained Mr. Friedman's authorization to affix his electronic signature to this document.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

1
2  Dated: October 10, 2016          LANDAU GOTTFRIED & BERGER LLP
3                                   James H. Berry, Jr.
                                    Kate LaQuay
4
5                                   By: /s/ *James H. Berry, Jr.*
                                        James H. Berry, Jr.
                                    Attorneys for Defendant
6                                   NEXT WAVE ENTERPRISES, LLC

# ORDER

The Court has reviewed the foregoing Stipulation and proposed Order. Based upon a review of the record, and good cause appearing, it is hereby ORDERED as follows:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Action is hereby dismissed, with prejudice, in its entirety. The dismissal of putative class members shall be deemed to be without prejudice.
2. There is no prevailing party. All parties shall bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.


Dated:  October 11, 2016         /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE
                                 JOHN A. MENDEZ